[No. 11913.   Department One.   September 22, 1914.]

JOHN DAVAZ, *Appellant*, v. PANHANDLE LUMBER COMPANY, LIMITED, *Respondent.*[1]

Appeal from a judgment of the superior court for Pend Oreille county, Jackson, J., entered November 24, 1913, upon findings in favor of the defendant, in an action on contract, tried to the court. Affirmed.

*M. F. Ryan*, for appellant.
*Chas. L. Heitman* and *S. W. Rogers*, for respondent.

PER CURIAM.—This is an action to recover a balance due upon an open account for goods delivered to a third party, it being alleged that the defendant, before the delivery, promised to pay for them. The court found all the issues in favor of the defendant, and entered a judgment in its favor for costs. The plaintiff appealed.

The case is controlled by *Pressentin v. Hawkeye Timber Co.*, 77 Wash. 388, 137 Pac. 999, and was correctly decided. Affirmed.

[1]Reported in 143 Pac. 1198.